UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADLEY M. TIRPAK AND** | : | CIVIL ACTION |
| **CRAIG W. THOMAS, d/b/a** | : | |
| **SHAREHOLDER ADVOCATES FOR** | : | |
| **VALUE ENHANCEMENT** | : | |
| | : | |
| v. | : | |
| | : | |
| **USA TECHNOLOGIES, INC., et al** | : | NO. 09-5920 |

## ORDER

**AND NOW**, this 16th day of December, 2009, upon consideration of the Plaintiff's Motion for a Temporary Restraining Order (Document No. 2) and the parties having entered into a stipulation, it is **ORDERED** that the motion is **DENIED**.

                                      /Timothy J. Savage
                                      TIMOTHY J. SAVAGE,  J.